UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DINAH NISSEN,<br><br>                         Plaintiff,<br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>                        Defendant. | Case No.: 3:21-cv-00082-JAM<br><br><br><br><br><br>MARCH 10, 2021 |

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff hereby dismisses this action without prejudice.

                                          Respectfully submitted,

Dated:  March 10, 2021               /s/ *Robert A. Izard*
                                        Robert A. Izard (ct01601)
                                        Craig A. Raabe (ct04116)
                                        Christopher M. Barrett (ct30151)
                                        **IZARD, KINDALL & RAABE, LLP**
                                        29 South Main Street, Suite 305
                                        West Hartford, CT 06107
                                        Telephone: 860-493-6292
                                        Facsimile: 860-493-6290
                                        rizard@ikrlaw.com
                                        craabe@ikrlaw.com
                                        cbarrett@ikrlaw.com